No. 460. Chicago & North Western Railway Co. *v.* Davenport et al. C. A. 5th Cir. Certiorari denied.

*Drennan J. Slater, Amos M. Mathews* and *Arthur P. Bagby* for petitioner. *John J. McKay* for Hammill, respondent.